UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA – SOUTHERN DIVISION (DOTHAN)

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, RETALIATION, AND VIOLATION OF THE FAMILY AND MEDICAL LEAVE ACT

**Plaintiff:**
Gloria Marks
300 S. Morris Street
Geneva, Alabama 36340
(334) 389-0557
Email: gloria.marks@hotmail.com

1:25-cv-836-RAH-JTA



**Defendants:**

1. **Auburn University Human Resources (d/b/a Alabama Cooperative Extension System)** Stanford Hall, Auburn University, AL 36849
2. **Dr. Mike Phillips**, Extension Director – 145 D Duncan Hall, Auburn University, AL 36849
3. **Dr. Eve Brantley**, Associate Director – 145 B Duncan Hall, Auburn University, AL 36849
4. **Chris McClendon**, HR Initiative Director – 115 Duncan Hall, Auburn University, AL 36849
5. **Allie Logan**, Associate Director of Field Operations – 525 School Street, Eufaula, AL 36027
6. **Callie Nelson**, Associate Director of Field Operations – 140 Duncan Hall, Auburn University, AL 36849
7. **Dr. Paul W. Brown**, Former Associate Director – 115 Duncan Hall, Auburn University, AL 36849

## I. JURISDICTION AND VENUE

This action arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., and the Family and Medical Leave Act of 1993 ("FMLA"), 29 U.S.C. § 2601 et seq.
Jurisdiction is proper under 28 U.S.C. §§ 1331 and 1343. Venue lies in this District because the acts giving rise to this Complaint occurred in Geneva County, Alabama, within the Southern Division of the Middle District of Alabama.

## II. PARTIES

Plaintiff Gloria Marks is an African American female and former County Extension Coordinator for the Alabama Cooperative Extension System ("ACES"), a division of Auburn University.
Defendants are Auburn University (d/b/a ACES) and several of its officers and employees responsible for the actions described herein.

## III. STATEMENT OF FACTS

1. Plaintiff worked for Auburn University/ACES for over twenty years and served as County Extension Coordinator in Geneva County from February 2018 until December 6, 2024.
2. On **May 16, 2024**, Defendant Allie Logan told Plaintiff at Landmark Park that things were "getting ready to get bad" after Plaintiff declined to step down from her position.
3. On **May 24, 2024**, Logan instructed Plaintiff to "find something to write Sicily Yarbrough up for," referencing events from November 2023. Plaintiff explained that discipline must be timely. Logan later admitted to HR that she did not know this policy.
4. On **June 14, 2024**, Logan met with Plaintiff again, reiterating that "it's nothing personal — I have to do what's best for the organization," further signaling retaliation.
5. On **June 20, 2024**, Plaintiff was forced to host an "expectation meeting" with subordinates who verbally attacked her in front of Defendant Logan. Plaintiff was denied the ability to discipline them.
6. After Plaintiff reported staff misconduct, administration retaliated by fabricating performance deficiencies and manipulating documentation to justify termination.
7. Defendant Callie Nelson misused a **January 11, 2023 memo** originally meant as feedback, turning it into a disciplinary record in 2024.
8. Defendants Logan and McClendon participated in creating a **false paper trail** through a Corrective Action (August 15, 2024) and a PIP (August 28, 2024).
9. Plaintiff filed internal complaints on **September 17, 2024** (EthicsPoint) and **November 20, 2024** (AA/EEO), and an EEOC complaint on **December 4, 2024**.
10. Plaintiff was placed on administrative leave on **November 14, 2024** and terminated on **December 6, 2024**.
11. Plaintiff received an EEOC **Right-to-Sue Letter** on June 5, 2025 and a DOJ **Right-to-Sue Letter** on July 22, 2025.

## IV. CLAIMS FOR RELIEF

### Count I – Race Discrimination (Title VII)
Defendants discriminated against Plaintiff based on race by treating her differently from white counterparts, denying her equal support, and using false allegations to remove her.

### Count II – Retaliation (Title VII)
Defendants retaliated against Plaintiff for engaging in protected activity, including reporting workplace misconduct and discrimination.

### Count III – Hostile Work Environment
Plaintiff was subjected to continuous humiliation, false accusations, and undermining of her authority, creating a hostile environment.

### Count IV – Constructive Discharge
Defendants made Plaintiff's working conditions intolerable to force her resignation or termination.

**Count V – FMLA Interference and Retaliation**
Defendants interfered with and retaliated against Plaintiff for exercising FMLA rights to care for her mother following a stroke and for her own medical stress leave.

**Count VI – Defamation of Character**
Defendants made and circulated false statements about Plaintiff that damaged her reputation and ability to obtain employment.

**Count VII – Negligent Supervision and Retention**
Auburn University negligently failed to prevent the discriminatory and retaliatory acts of its managers.

**Count VIII – Intentional Infliction of Emotional Distress (Tort of Outrage)**
Defendants' extreme and outrageous conduct caused Plaintiff severe emotional and psychological distress.

## V. RELIEF REQUESTED

Plaintiff requests that this Court:

1. Enter judgment in her favor on all counts;
2. Award back pay, front pay, and lost benefits;
3. Award compensatory and punitive damages;
4. Order expungement of false records;
5. Grant costs and any other relief the Court deems proper.

Respectfully submitted,

**Gloria Marks**  *Gloria Marks*
300 S. Morris Street
Geneva, AL 36340
(334) 389-0557
gloria.marks@hotmail.com
**Date:** October 20, 2025

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA – SOUTHERN DIVISION (DOTHAN)

PRO SE FILING PACKET

**Case Title:** *Gloria Marks v. Auburn University Human Resources (d/b/a Alabama Cooperative Extension System), Dr. Mike Phillips, Dr. Eve Brantley, Chris McClendon, Allie Logan, Callie Nelson, and Dr. Paul W. Brown*

**Nature of the Action:**
Title VII Employment Discrimination (Race), Retaliation, Hostile Work Environment, Constructive Discharge,
Family and Medical Leave Act (FMLA) Interference and Retaliation, Defamation, Negligent Supervision, and Emotional Distress.

**Filed by:**
**Gloria Marks**   *Gloria Marks*
300 S. Morris Street
Geneva, Alabama 36340
Phone: (334) 389-0557
Email: gloria.marks@hotmail.com

**Filing Date:** October 20, 2025
**Court Address:**
U.S. District Court – Middle District of Alabama
Southern Division (Dothan)
100 W. Troy Street
Dothan, Alabama 36303

Ms. Gloria Marks
300 S. Morris St.
Geneva, AL. 36340

Middle District of Alabama
1 Church St.
Montgomery, AL. 36104